IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ALL ENERGY CORPORATION, | ) | CASE NO. 4:11-cv-00617-JEG-CFB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A) and 41(c) |
| ENERGETIX, LLC, ET AL., | ) | |
| Defendants. | ) | |

COME NOW the Plaintiff, All Energy Corporation, and Defendants, Energetix, LLC, Energetix Holdings II, LLC and Mitch Miller, the only defendants who have appeared in this action, and hereby stipulate pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 41(c) to voluntarily dismiss this action with prejudice.

Dated: ~~February~~ April 5, 2013

_____
Brian P. Rickert
Sean P. Moore
Jonathan M. Gallagher
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: (515) 242-2400
Facsimile: (515) 283-0231
Email: rickert@brownwinick.com
moore@brownwinick.com
gallagher@brownwinick.com

ATTORNEYS FOR PLAINTIFF

10

*/s/ Joseph Happe*
Stanley J. Thompson
Joseph A. Happe
Sarah E. Crane
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
E-mail: StanThompson@davisbrownlaw.com
JoeHappe@davisbrownlaw.com
SarahCrane@davisbrownlaw.com

ATTORNEYS FOR DEFENDANTS ENERGETIX, LLC, ENERGETIX HOLDINGS II, LLC and MITCH MILLER